IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:19cr55-MHT |
| | ) | (WO) |
| KENYON DEMON THOMAS | ) | |

## MENTAL-HEALTH ORDER

For the reasons stated in open court on August 28, 2019, and in accordance with the judgment imposed on that date and entered on September 20 (doc. no. 42), it is ORDERED that:

(1) Within 30 days of his release from prison, defendant Kenyon Demon Thomas is to receive a mental-health evaluation to determine whether he needs mental-health medication. Defendant Thomas shall contribute to the cost based on his ability to pay and the availability of third-party payments.

(2) Upon defendant Thomas's release from prison, defendant Thomas is to receive psychological counseling at least once a week until further order

of the court. Defendant Thomas shall contribute to the cost based on his ability to pay and the availability of third-party payments.

(3) Within 90 days from defendant Thomas's release from prison, the Probation Department shall file a report as to how defendant Thomas's mental-health treatment is progressing.

DONE, this the 24th day of September, 2019.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**