IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )   CRIMINAL ACTION NO.
    v.                      )       2:19cr55-MHT
                            )            (WO)
KENYON DEMON THOMAS         )
```

ORDER

Upon consideration of defendant Kenyon Demon Thomas's motion to modify the court's sentencing recommendation for placement in the Residential Drug Treatment Program, which the government does not oppose, it is ORDERED that:

(1) The motion (Doc. 49) is granted.

(2) The court withdraws its recommendation that defendant Kenyon Demon Thomas be placed in the Bureau of Prisons' Residential Drug Treatment Program.

The clerk of court shall provide a copy of this order to the Probation Department for forwarding to the appropriate office or person at the Bureau of Prisons.

DONE, this the 16th day of November, 2021.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE