IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:19cr55-MHT |
| | ) | (WO) |
| **KENYON DEMON THOMAS** | ) | |

## ORDER

Upon consideration of defendant Kenyon Demon Thomas's motion for a judicial recommendation (Doc. 55), and based on the document he submitted showing that he has no disciplinary record in the Bureau of Prisons (Doc. 55-1 at 1) and on the government's response that it does not oppose the motion (Doc. 60), it is ORDERED that:

(1) The motion is granted.

(2) The court recommends to the Bureau of Prisons that defendant Kenyon Demon Thomas, Reg. No. 17742-002, receive 12 months in a residential reentry program or halfway house, assuming he otherwise qualifies for such placement.

The clerk of court shall forward a copy of this order to: Warden, FCI Beckley, FEDERAL CORRECTIONAL INSTITUTION, P.O. BOX 1280, BEAVER, WV  25813.

DONE, this the 25th day of January, 2022.

                                      /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**